GATEWAY BANK *v.* RICHARD J. DESOTO ET AL.
(12392)

FOTI, LAVERY and FREEDMAN, Js.

Argued September 20—decision released October 19, 1993

*Paul E. Swenson,* for the appellants (named defendant et al.).

*Deborah Monteith Neubert,* for the appellee (plaintiff).

PER CURIAM. The trial court's judgment of strict foreclosure was improper because no default had ever been entered against two of the defendants and, therefore, the pleadings were not closed.

The judgment is reversed and the case is remanded for further proceedings.